**PHILLIPS DAYES LAW GROUP PC**
ATTORNEYS AT LAW
Suite 1500
3101 North Central Avenue
Phoenix, Arizona 85012
(602) 258-8900
minute_entries@phillipslaw.com

Trey Dayes (AZ Bar # 020805)
treyd@phillipsdayeslaw.com
Dawn M. Sauer (AZ Bar # 030271)
dawns@phillipsdayeslaw.com
John L. Collins (AZ Bar # 030351)
johnc@phillipsdayeslaw.com
Sean Davis (AZ Bar #030754)
seand@phillipsdayeslaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZIONA

| | |
|---|---|
| Branee Mort, a married woman,<br><br>Plaintiff,<br><br>vs.<br><br>Forever 21 Retail, Inc., a California Corporation; Do Won and Jane Doe Chang, husband and wife;<br>   Defendants. | Case No.: 2:14-cv-00332-HRH • • •<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff informs the Court that the parties have resolved this matter. Plaintiff anticipates filing a dismissal with the Court shortly.

Dated:  April 22, 2014              Respectfully submitted,

                    **PHILLIPS DAYES LAW GROUP PC**

/s/ Trey Dayes
Trey Dayes
treyd@phillipsdayeslaw.com

Attorney for Plaintiffs

**Emailed to:**
Maxwell Norman
Senior Counsel-Employment
Forever 21 Retail, Inc.