**PHILLIPS DAYES LAW GROUP PC**
ATTORNEYS AT LAW
Suite 1500
3101 North Central Avenue
Phoenix, Arizona 85012
(602) 258-8900
minute_entries@phillipslaw.com

Trey Dayes (AZ Bar # 020805)
treyd@phillipsdayeslaw.com
Sean Davis (AZ Bar #030754)
seand@phillipsdayeslaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZIONA

| | |
|---|---|
| Branee Mort, a married woman,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Forever 21 Retail, Inc., a California Corporation; Do Won and Jane Doe Chang, husband and wife;<br>　　　　　　　Defendants. | Case No.: 2:14-cv-00332-HRH • • •<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF** |

　　　Pursuant to FRCP 41, Plaintiff hereby requests that the Court dismiss this matter in its entirety with prejudice.

Dated:  May 21, 2014　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**PHILLIPS DAYES LAW GROUP PC**

　　　　　　　　　　　　　　　　　　/s/ Trey Dayes
　　　　　　　　　　　　　　　　　Trey Dayes
　　　	　　　　　　　　　　　　treyd@phillipsdayeslaw.com

　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Notice of Voluntary Dismissal

1

2 **Emailed to:**

3 Maxwell Norman
Senior Counsel-Employment
4 Forever 21 Retail, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Voluntary Dismissal